Terrell JOYNER, Plaintiff—Appellant,

v.

Ron CHERRY, Superintendent of the Hampton Roads Regional Jail, Defendant—Appellee.

No. 05–1423.

United States Court of Appeals, Fourth Circuit.

Submitted: July 14, 2005.

Decided: July 21, 2005.

Terrell Joyner, Appellant pro se.

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terrell Joyner seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Joyner's motion for leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *See Joyner v. Cherry,* No. CA–05–184–2 (E.D. Va. filed Apr. 8, 2005 & entered Apr. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*